# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.                              **Case No. 07-C-491**

**APPROXIMATELY $2,758.00 IN UNITED STATES CURRENCY,**

      Defendant.

## ORDER

By order dated September 5, 2007, the court granted the claimant, James A. Penhellegon, an extension of time within which to file his answer to the complaint until September 28, 2007. In that regard, the court construed and accepted his Petition for Remission or Mitigation of the Forfeiture, (Docket #17) as his claim to the defendant currency. The government sought clarification regarding the court's construction, and the court issued an order on September 14, 2007, making it clear that Penhellegon had filed a claim.

On September 17, 2007, the claimant filed a verified "Claimant of Property." In light of this action, the document filed on that date (Docket #18) shall be considered his claim to the property.

The claimant shall have until September 28, 2007 within which to file his answer to the complaint in order to avoid default.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>18th</u> day of September, 2007.

                                                    s/AARON E. GOODSTEIN
                                                  U.S. MAGISTRATE JUDGE