# United States District Court
Eastern District of Wisconsin

**UNITED STATES OF AMERICA,**

        Plaintiff,        **JUDGMENT IN A CIVIL CASE**

        v.        Case No. 07-C-491

**APPROXIMATELY $2,758.00 IN UNITED STATES CURRENCY,**

        **Defendant,**

**JAMES A. PENHALLEGON,**

        **Claimant.**

[X]    **Decision by Court**. This action came for consideration in a trial before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the defendant United States currency in the amount of approximately $ 2,758.00 is **forfeited** to the United States of America pursuant to 21 U.S.C. § 881(a)(6), and that all right, title, and interest James A. Penhallegon claims to said property are similarly forfeited.

        Jon W. Sanfilippo, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN

Date:  June 9, 2008        (By) Deputy Clerk, s/C. Quinn

        Approved this 9th day of June, 2008.

        s/AARON E. GOODSTEIN
        United States Magistrate Judge